# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2020

*The Court of Appeals hereby passes the following order:*

## A21D0068. BAKER HEIGHTS HOMEOWNERS ASSOCIATION, INC. v. DEBORAH MAKINDE.

Baker Heights Homeowners Association, Inc. filed this "Application for Appellate Review" of the trial court's order denying its motion for summary judgment. The denial of a motion for summary judgment, however, must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) – including obtaining a certificate of immediate review from the trial court. See *Lumbermen's Underwriting Alliance v. Atlantic Wood Indus.*, 207 Ga. App. 392, 392 (427 SE2d 861) (1993). If a certificate of immediate review is not entered within ten days of entry of the order at issue, the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007). Baker Heights's failure to follow the required appellate procedures deprives us of jurisdiction over this application, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/20/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*